**Juan VALDEZ, Plaintiff—Appellant,**

v.

**CITY OF ANCHORAGE; et al., Defendants—Appellees.**

No. 03–35118.

United States Court of Appeals, Ninth Circuit.

Submitted May 12, 2003.*

Decided May 20, 2003.

Before: PREGERSON, REINHARDT, and GRABER, Circuit Judges.

---

* The panel unanimously finds this case suitable for decision without oral argument and denies Valdez's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM **

Juan Valdez appeals the dismissal of his 42 U.S.C. § 1983 action alleging unlawful search and seizure. We have jurisdiction pursuant to 42 U.S.C. § 1291, we review de novo, *Fink v. Shedler,* 192 F.3d 911, 913–14 (9th Cir.1999), and we affirm.

The district court properly dismissed Valdez's action as barred by the two-year statute of limitations. *See Fink* 192 F.3d at 914; Alaska Stats. § 09.10.070. Even if the statute were tolled until April 7, 2000, as Valdez urges, his complaint filed July 16, 2002 would still be untimely.

**AFFIRMED.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

